# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

**SHANNON DENISE NEWSOME,**

      **Plaintiff,**

v.                                                Civil Action No. 1:23-cv-01069-LMB-JFA

**TRANS UNION, LLC; and SAFRA**
**NATIONAL BANK OF NEW YORK**
**d/b/a ACCESS LOANS,**

      **Defendants.**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Shannon Denise Newsome and Defendants Trans Union, LLC and Safra National Bank of New York d/b/a Access Loans (together, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), herby stipulate to the dismissal of this action without prejudice, without an award of fees or costs to any party.

It is so STIPULATED.

                                            Respectfully Submitted,

                                            **SHANNON DENISE NEWSOME**

                                            */s/*
                                            Susan M. Rotkis, VSB 40693
                                            **CONSUMER ATTORNEYS**
                                            2290 East Speedway Boulevard
                                            Tucson, Arizona 85719
                                            Telephone: (602) 807-1504
                                            Fax: (718) 715-1750
                                            Email: srotkis@consumerattorneys.com

**TRANS UNION, LLC**

/s/

Marc Kirkland
**QUILLING SELANDER LOWNDS WINSLETT MOSER**
6900 North Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5454
Fax: (214) 871-2111
Email: mkirkland@qslwm.com

**SAFRA NATIONAL BANK OF NEW YORK d/b/a ACCESS LOANS**

/s/

Eugene Joseph Rossi
**CARLTON FIELDS**
1025 Thomas Jefferson Street NW Suite 400 West
Washington, DC 20007
Telephone: (202) 965-8100
Email: grossi@carltonfields.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                              **SHANNON DENISE NEWSOME**

                              */s/*
                              Susan M. Rotkis, VSB 40693
                              **CONSUMER ATTORNEYS**
                              2290 East Speedway Boulevard
                              Tucson, Arizona 85719
                              Telephone: (602) 807-1504
                              Fax: (718) 715-1750
                              Email: srotkis@consumerattorneys.com

                              *Attorneys for Plaintiff*
                              *Shannon Denise Newsome*